JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING C. HUMPHREY, | NO. CV 05-2800 DDP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES A. YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8-15, 2008.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE